THE STATE OF OHIO, APPELLANT, *v.* NUTT, APPELLEE.

[Cite as *State v. Nutt* (2000), 89 Ohio St.3d 469.]

(No. 99–1940—Submitted July 25, 2000—Decided August 23, 2000.)

*P. Eugene Long II*, Pickaway County Prosecuting Attorney, and *Alan F. Sedlak*, Assistant Prosecuting Attorney, for appellant.

*David H. Bodiker*, Ohio Public Defender, *Jill E. Stone, Alison M. Clark* and *Stephen P. Hardwick*, Assistant State Public Defenders, for appellee.

The judgment of the court of appeals is affirmed on other grounds on the authority of *State ex rel. Bray v. Russell* (2000), 89 Ohio St.3d 132, 729 N.E.2d 359.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.